BARTON FRINK, appellant,

*v.*

ISRAEL S. ADAMS, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Frink* v. *Adams, 9 Stew. Eq. 485.*

*Mr. C. G. Garrison* and *Mr. Abraham Browning*, for appellant.

*Mr. H. L. Slape* and *Mr. Peter L. Voorhees*, for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by Vice-Chancellor Van Fleet.